UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION



Equal Employment Opportunity Commission,

        Plaintiff,

v.

Hosanna-Tabor Evangelical Lutheran
Church and School,

        Defendant.
_____/

Case No. 2:07-CV-14124
Hon. Patrick J. Duggan
Mag. Judge Steven D. Pepe

## ORDER ALLOWING INTERVENTION BY CHERYL PERICH
## AND TO ALLOW FILING OF COMPLAINT

Cheryl Perich having filed her Motion to Intervene, defendant Hosanna-Tabor Evangelical Lutheran Church and School having filed its Response in Opposition to Cheryl Perich's Motion to Intervene, and the Court having heard the argument of the parties and being fully advised in the premises,

IT IS HEREBY ORDERED that Cheryl Perich's Motion to Intervene is granted, and Cheryl Perich is granted to leave to file her Complaint against defendant Hosanna-Tabor Evangelical Lutheran Church and School, including her pendent state law claim.

IT IS FURTHER ORDERED that Cheryl Perich's Complaint may be filed and served using the Eastern District of Michigan's Electronic Case Filing system.



                                      District Court Judge

Approved as to form:

Deano C. Ware, P.C.

By: _____
    Deano C. Ware (P65421)
Attorneys for Defendant

Vercruysse Murray & Calzone, P.C.

By: _____
    James E. Roach (P51792)
Attorneys for Intervenor Cheryl Perich

Equal Employment Opportunity Commission

By: _____
    Omar Weaver (P58861)
Attorneys for Plaintiff