UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ORDER ESTABLISHING TRIAL DOCKET FOR THE MONTHS OF NOVEMBER AND DECEMBER, 2010, BEFORE THE HONORABLE PATRICK J. DUGGAN*

Listed below are the cases on this Court's trial docket for the months of November and December, 2010. Counsel will be notified when their case reaches No. 5. After such notice, counsel should be prepared to begin trial any time on **48 hours notice**. It is counsel's responsibility in all cases after they have been so notified to contact my clerk, Marilyn Orem, at 234-5147, to ascertain the status of the trial docket. Unless otherwise notified, this Court commences trial at 8:45 a.m. PLEASE BE PROMPT!

1. 08-13526 SPEER V. CITY OF FLINT
2. 08-13527 PETRICH V. CITY OF FLINT
3. 08-13707 GASPAR, ET.AL V. CITY OF FLINT
4. 09-14820 WEAVER V. THE HOME DEPOT USA
5. 09-12192 PEROVICH V. OFFICER WEMPLE, ET.AL
6. 10-10987 FLAGSTAR BANCORP V. FBC MORTGAGE
7. 10-11744 USAA LIFE INSURANCE C. COEN, ET.AL
8. 09-14463 BENEDICT V. FULL SPECTRUM SOLUTIONS, ET.AL
9. 10-10688 FDIC V. VAN DOORNE, ET.AL
10. 10-11041 BOMMARITO V. RICAHRD J. BOUDREAU & ASSOC., ET.AL
11. 10-10978 AMERICAN UNIVERSITY OF ANTIGUA V. WOODWARD
12. 10-11686 JABORO V. WELLS FARGO BANK, ET.AL
13. 07-14124 EEOC &PERICH V. HOSANNA-TABOR EVANGELICAL LUTHERAN CHURCH & SCHOOL
14. 09-15045 DUCH V. MICHIGAN DEPARTMENT OF CORRECTIONS, ET.AL

s/Patrick J. Duggan
Patrick J. Duggan
United States District Judge

Dated: October 1, 2010

I hereby certify that a copy of the foregoing document was served upon counsel of record on October 1, 2010, by electronic and/or ordinary mail.

s/Marilyn Orem
Case Manager

**\*PLEASE TAKE NOTICE THAT TRIAL WILL NOT BEGIN BEFORE THE FINAL PRETRIAL CONFERENCE DATE.**

**IF THERE IS A MOTION FOR SUMMARY JUDGMENT PENDING, FINAL PRETRIAL CONFERENCE WILL BE RESCHEDULED APPROXIMATELY 7 DAYS AFTER ANY DECISION ON SUCH MOTION.**